# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 JUL 26 PM 3:54

DEPUTY CLERK _mb_

James Michael Murray
**Plaintiff**

v.

United States
**Defendant**

3-22CV1618-E
Civil Action No.

**COMPLAINT**

Comes now, James Michael Murray, acting pro se, and files a civil Tort Claim against the United States, TRT-SCR-2022-02045. The Federal Tort Claims Act was filed in December 2021, and I received a letter from the South Central Regional Office; stating they would reply on or before July 10th, 2022. . . .

* Attach additional pages as needed.

Date: July 25, 2022

Signature: James Michael Murray

Print Name: James M. Murray

Address: 1566 East Woodin Blvd.

City, State, Zip: Dallas, Texas 75203

Telephone: 945-201-5151

Jule 25, 2022

As previously stated, the South Central Regional Office in Grand Prairie, Texas sent a letter stating they would respond by July, 10, 2022 on my tort claim #TRT-SCR-2022-02045. They have not responded back. I have called and left several messages, mailed a letter, and even mailed a certified letter. Still no response, so I am taking and pleading my case before the United States District Court for the Northern District of Texas.

I was a federal inmate at Seagoville Federal Prison, serving a sentence for conspiracy to commit wire fraud. In October 2021, I received a major hand injury that left me very limited use of my left hand. I showed the nurses my swollen hand several times and was told they would make an appointment to have it x-rayed. This went on for several weeks with no x-ray or medical treatment.

On or around November 2022, I was released to a half-way house in Hutchins, Texas administered by Volunteers of America. On the first day, the nurse examined my hand and sent me directly to Parkland Hospital in Dallas, Texas. I told her that my medical issues concerning my hand were never addressed at Seagoville Prison. Parkland Hospital wanted to operate on my finger immediately and was told it was severely dislocated. They could not perform the surgery that day, but made me an appointment a couple days later. Volunteers of America notified the Federal Bureau of Prisons and told them of the impending surgery, and that the injury had occurred while at Seagoville Prison.

Approximately forty-five minutes before my surgery, Dr. Ann S. Golden M.D, the surgeon at Parkland Hospital talked with me. She stated, "Your hand should have been repaired 5 or 6 weeks earlier when the injury occurred." I told her of my incarceration, and that I received no

Page 2

medical attention while at Seagoville. She stated, "she believed I would never be able to bend my finger again, even after surgery, since the joint had already fused in the weeks before with my neglected medical care. She also stated, " I could expect a full recovery if my finger would have been repaired immediately."

After surgery, I was sent to physical therapy, with the hope of being able to resume full use of my finger. Physical therapy at Parkland Hospital did not help. Dr. Ann Golden was correct in her assumption and analysis, and I am not able to once again bend my finger and the use of my finger is very limited. The cost of the surgery was approximately $35,000 and the Federal Bureau of Prisons paid the bill. They recognized the fact that it happened while I was incarcerated at Seagoville Federal Prison.

Seagoville Prison owed me a **duty** to provide adequate medical care while I was incarcerated there. They **breached that duty** by providing no medical care for my injured hand after several requests were made. My requests were ignored. The result, a hand with very limited use of the small finger. Without a doubt, Seagoville Prison was negligent in not providing medical care, and this was the **cause** of my permanently damaged finger.

I am seeking and praying for damages from the Federal District Court. In my original tort claim, I asked for $16,000 in damages. I am now asking the court to double that amount to $32,000. I have researched settlements concerning the hand injury. Also, when I filed my tort claim, I was in physical therapy with the hope of a full recovery. After my claim was filed, I have realized this is a permanent injury to my finger and I will never be able to recover full mobility. The added damages are the result of new information.  It is quite evident after the injury, the use

Page 3

of all of our fingers on a daily basis is needed.  I pray that you recognize my concerns. Thank you.

_____
James Michael Murray


James Michael Murray
1566 East Woodin Blvd.
Dallas, Texas  75203